JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4057-RGK-AS | Date | June 19, 2014 |
|---|---|---|---|
| Title | *MENDIKIAN et al. v. ASTRAZENECA PHARMACEUTICALS LP et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Order Remanding Action to State Court

    The case is **REMANDED** to the Superior Court of California, County of Los Angeles for the reasons given by Judge Walter in CV 14-4012 JFW (JPRx) and Judge O'Connell in CV 14-4115 BRO (AGRx).

**IT IS SO ORDERED.**

:

**Initials of Preparer**